**FILED**

MAY 3 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

    v.

LONNIE BROWN,

        Defendant(s).
                  /

No. CR-05-00130-DLJ

**ORDER RE: BAIL REVOKED,
BOND VACATED AND DEFENDANT
REMANDED TO CUSTODY**

    The Court, after conducting a pretrial release revocation hearing on May 31, 2005, regarding the pretrial release violation of the above named-defendant, entered the following orders:

1. The defendant's bail is REVOKED;

2. The appearance bond issued and filed on March 7, 2005 is EXONERATED;

3. The defendant is REMANDED forthwith to custody pending further proceedings of this case and his judgment and sentencing before District Judge D. Lowell Jensen or until further order of this Court.

    IT IS SO ORDERED.

Dated: 5/31/05

WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties, WDB's files, Frances, Financial, Pretrial, Marshal.

caption.frm